# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DEVIN KILPATRICK, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 7:03CV5017 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **PAT KING, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' Stipulation (Filing No. 187) pursuant to the court's September 7, 2005 Order (Filing No. 175). The court awarded the plaintiffs their reasonable attorney's fees and costs associated with three depositions held on February 7, 2005, and the resulting Second Motion for Sanctions or, Alternatively, Motion to Compel and for Attorney's Fees. **See** Filing No. 134; Filing No. 153. The court gave the parties the opportunity to file a stipulation of the expenses and fees to be awarded. **See** Filing No.175. The parties have stipulated to the amount of expenses and fees. **See** Filing No. 187. The parties state the amount of $3,111.42 is the amount due the plaintiffs, and the parties freely and voluntarily entered into the stipulation that such amount is the amount due. Filing No. 187, p. 2. The court finds the stipulation is in accord with the court's order. Accordingly,

**IT IS ORDERED:**

1. The parties' stipulation (Filing No. 187) regarding attorney fees and costs to be awarded is hereby approved.

2. Attorney Douglas D. Dexter shall pay a fee award of $3,111.42 to the plaintiffs **on or before November 18, 2005**.

DATED this 22nd day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge