IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEVIN KILPATRICK, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 7:03CV5017 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PAT KING, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiffs' Motion of Extension of Response Deadline (Filing No. 190). In the plaintiffs' motion, they ask the court to extend the deadline for responding to the defendants' Motion for Summary Judgment Based upon Qualified Immunity (Filing No. 179). The defendants explain that an extension is necessary because the parties have not completed discovery in this case. In the court's September 8, 2005 Order, the deposition deadline was extended to October 31, 2005 (Filing No. 176). The plaintiffs ask the court to set the new deadline for responding to the defendants' Motion for Summary Judgment Based upon Qualified Immunity for twenty days from the October 31, 2005 deposition deadline. Upon consideration and for good cause shown,

**IT IS ORDERED:**

1. The plaintiffs' Motion of Extension of Response Deadline (Filing No. 190) is granted.

2. The plaintiffs have to **on or before November 21, 2005,** in which to file a response to the defendants' Motion for Summary Judgment Based upon Qualified Immunity.

DATED this 26th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge