IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEVIN KILPATRICK, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 7:03CV5017 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PAT KING, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiffs' Motion to Dismiss Defendant Chris Hanus, without prejudice (Filing No. 203). The plaintiff represents the defendants have no objection to the dismissal. Accordingly,

**IT IS ORDERED:**

The plaintiffs' Motion to Dismiss Defendant Chris Hanus (Filing No. 203) as a defendant in this matter, without prejudice, is granted.

DATED this 28th day of October, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge