## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DEVIN KILPATRICK, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | 7:03CV5017 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **PAT KING, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the defendants' Motion for Enlargement of Time to Respond (Filing No. 210). The defendants seek an extension until after the plaintiff files supplemental evidence and a brief in support of the plaintiffs' motion to compel (Filing No. 208). While the plaintiffs indicated they filed a brief with the motion to compel, no brief is on file with the court. Since the defendants' are unable to respond until the brief and additional materials are filed, the defendants' motion will be granted. Upon consideration,

**IT IS ORDERED:**

The defendants' Motion for Enlargement of Time to Respond (Filing No. 210) is granted. The defendants shall have until twenty (20) days after the plaintiffs file a brief and supplemental index of evidence in support of the plaintiffs' motion to compel (Filing No. 208) to respond to the motion to compel.

DATED this 4th day of November, 2005.

                                                BY THE COURT:

                                                s/Thomas D. Thalken
                                                United States Magistrate Judge