# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DEVIN KILPATRICK, et al.,** | ) | |
| | ) | 7:03CV5017 |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **PAT KING, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court following a telephone conference with counsel for the parties on December 9, 2005.

**IT IS ORDERED:**

The supplemental **telephone** planning conference with the undersigned magistrate judge is continued to **February 13, 2006** at **2:00 p.m. Central Standard Time**. Plaintiffs' counsel shall initiate the telephone conference.

DATED this 9th day of December, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge